## STATE OF CONNECTICUT *v.* RAMON RIVERA
### (13769)

FOTI, SCHALLER and HENNESSY, Js.

Argued June 6—decision released July 4, 1995

*Leonard M. Crone,* with whom, on the brief, was *William J. Neary,* certified legal intern, for the appellant (defendant).

*Margaret Gaffney Radionovas,* assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's attorney, *Carl E. Taylor,* assistant state's attorney, and *Kimberly A. Graham,* former assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.